IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| CHARLES ALFORD, | : | CIV. NO. 23-1763 (RMB) |
| Petitioner | : | |
| v. | : | **MEMORANDUM OPINION** |
| GRACE C. MACAULEY, | : | |
| Respondent | : | |

_____

**IT APPEARING THAT:**

1. On March 27, 2023, Petitioner Charles Alford, a pretrial detainee confined in South Woods State Prison in Bridgeton, New Jersey ("FCI Fort Dix"), filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, challenging his pretrial detention based on his allegation of false arrest. (Pet., Docket No. 1.)

2. On April 3, 2023, Petitioner submitted a letter to this Court, requesting to voluntarily dismiss his petition.

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner is permitted to voluntarily dismiss his petition.

4. An appropriate Order follows.

DATE: **April 26, 2023**

                                         s/Renée Marie Bumb
                                         RENÉE MARIE BUMB
                                         Chief United States District Judge